```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 15559
    PAUL E TOMASEWSKI
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1518


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/28/2007 and was confirmed 11/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                             PAID        PAID
-------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      457.30           .00         .00
AMERICAN GENERAL FINANCE  CURRENT MORTG        .00            .00         .00
LITTON LOAN SERVICING     CURRENT MORTG        .00            .00         .00
LITTON LOAN SERVICING     MORTGAGE ARRE        .00            .00         .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC     5450.00         218.43     1233.35
AMERICREDIT FINANCIAL SV  UNSEC W/INTER         .18           .00         .00
KENSINTON ARMS 6150 COND  SECURED NOT I        .00            .00         .00
SOVEREIGN BANK            SECURED VEHIC        .00            .00         .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER     1195.18           .00         .00
CAPITAL ONE               UNSEC W/INTER     2472.84           .00         .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     1056.06           .00         .00
HINSDALE BANK & TRUST     UNSEC W/INTER NOT FILED             .00         .00
SOVEREIGN BANK            UNSEC W/INTER NOT FILED             .00         .00
HINSDALE BANK & TRUST     SECURED           6200.00         414.81      806.22
STUART ALLAN & ASSOC      UNSEC W/INTER        .00            .00         .00
THOMAS W LYNCH            DEBTOR ATTY      2,244.00                      .00
TOM VAUGHN                TRUSTEE                                      220.19
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,893.00

PRIORITY                                        .00
SECURED                                     2,039.57
    INTEREST                                  633.24
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          220.19
DEBTOR REFUND                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15559 PAUL E TOMASEWSKI
```

```
                                ---------------      ---------------
TOTALS                                 2,893.00             2,893.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/24/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
            CASE NO. 07 B 15559 PAUL E TOMASEWSKI